STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  CHASE BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD L. LOSEL, an individual, on behalf of himself and a class of similarly-situated consumers,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHASE BANK USA, N.A., a Delaware corporation; DONALD M. PALMER, D.C., an individual and doing business as California Spine and Disc Pain Center; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-01999-KJM-DAD<br><br>[Assigned to the Hon. Kimberly J. Mueller]<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

## **STIPULATION**

WHEREAS, on May 2, 2011, plaintiff Ronald L. Losel ("Plaintiff") filed a Complaint (the "Complaint") against defendants Chase Bank USA, N.A. ("Chase") and Donald M. Palmer, D.C. ("Palmer")[1];

WHEREAS, the Complaint and Summons were served on and received by Chase after July 1, 2011;

WHEREAS, Chase timely filed its Notice of Removal with this Court on July 29, 2011;

WHEREAS, Chase must answer or otherwise respond to the Complaint by August 10, 2011;

WHEREAS, counsel for Chase and Plaintiff have agreed to extend the date by which Chase must answer or otherwise respond to the Complaint to September 16, 2011;

WHEREAS, counsel for Chase has prior commitments justifying the extension;

WHEREAS, pursuant to Local Rule 144, an initial stipulation extending time to respond to a complaint may be filed without approval of the Court if the stipulation is signed on behalf of all parties affected by the stipulation;

WHEREAS, no previous extensions have been requested; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Chase's time to answer or otherwise respond to the Complaint hereby is extended to September 16, 2011.

Dated:  August 2, 2011                    STROOCK & STROOCK & LAVAN LLP
                                          JULIA B. STRICKLAND
                                          STEPHEN J. NEWMAN


                                          By:   /s/ Stephen J. Newman
                                                      Stephen J. Newman

                                          Attorneys for Defendant
                                              CHASE BANK USA, N.A.

---

[1] All of Plaintiff's individual claims against Palmer have been settled and dismissed.

-1-

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
CASE NO. 2:11-cv-01999-KJM-DAD
LA 51446655

Dated: August 2, 2011          MAJORS & FOX LLP
                                          FRANK J. FOX

                                 By: /s/ Frank J. Fox
                                                 Frank J. Fox

                                 Attorneys for Plaintiff
                                       Ronald L. Losel

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2011                            _____
                                            UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086